U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL -1 PM 12: 34

CLERK
BY ︎_Uw_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCOTT TRAUDT | * |
| Traudt | * |
| | * |
| v. | * |
| | * |
| GARY GENSLER | * |
| CHAIRMAN | * |
| US SECURITIES AND EXCHANGE | * |
| COMMISSION | * |
| Defendant in his official capacity | * |
| | * |

Petition: Case No. 2:24-cv-01360-cr
1st Amended Petition

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion to Notify the Court That Plaintiff Cannot Submit a Discovery Plan Because the Defendant Securities and Exchange Commission Refuses to Produce Any and All Discovery, Data, Records, Electronic Blue Sheets**

NOW COMES Scott Traudt, Petitioner in the above-captioned matter and does hereby submit to this court that there can be no agreed upon submittal of any discovery nor a discovery plan as the SEC ("Defendant") will not agree to any discovery.

In summary:

1. Petitioner wanted the Electronic Blue Sheets held by the SEC regarding the ticker MMTLP and other trading history data.

2. Defendant balked, and said that Defendant intended to file a motion to stay discovery until after the defendant's Motion to Dismiss (since filed 6/13/2025 EF# 15).

3. The "blue sheets" records petitioner sought (and cited above) were not burdensome and had already been produced by the SEC by their own admission in *Securities and Exchange Commission v. John David Brda and Georgios Palikaras*, Case No. 4:24-cv-01084, filed in the U.S. District Court for the Eastern District of Texas on November 26,

1

2024, as part of that case against the two former company executives civilly charged by the SEC.

4. The blue sheets had also been "pulled" by FINRA Vice president of Fraud Investigation Sam Draddy on or about 5 December 2022 prior to the illegal U3 trade halt orchestrated by FINRA to cover up over 600 million unclosed short positions in MMTLP. This is confirmed in emails by FINRA to various SEC personnel (EF#3, Docket #'s 3-2, 3-3).

5. The SEC is not acting in good faith. The SEC knows that more than just Brda may have committed financial crimes and fraud in this matter, and they also know the 2 days of suspended trading was illegal and deprived 65,000 Americans of their property rights without recourse but the court system.

6. Petitioner has evidence that the Ft. Worth office of the SEC not only interviewed an individual (Jeff Davies) that showed fraud and the counterfeiting of shares in the forerunner in name to MMTLP (Torchlight Energy Resources Inc. – ticker "TRCH") but they also interviewed him as he had informed them of the misconduct in TRCH (that became MMTLP through a spin off arranged by Meta Materials Inc. ("MMAT") which is now itself in bankruptcy court in Nevada.)

7. Despite interviewing Davies for 5 hours with him "bringing the receipts," the Ft. Worth office of the SEC watched as TRCH went from a $0 valuation to $145 million virtually overnight when Greg McCabe, the now majority owner and CEO of Next Bridge Hydrocarbons. Davies contacted the SEC (again) about this and the SEC's Ft. Worth office raised no alarms and allowed TRCH to trade on the OTC markets despite overwhelming and documented fraud in TRCH.

8. Petitioner will be moving immediately to serve the SEC with production requests pursuant to FRCP 34 and these will be followed by interrogatories (FRCP 33) and requests for admissions or denials (FRCP 36) subsequent to alerting this court that any discovery order is dead on arrival without judicial intervention.

**WHEREFORE,**

Petitioner informs this court that irreconcilable differences preclude brining a discovery order to this court.

Dated: June 18, 2025

Scott Traudt, *pro se*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to respondent at the addresses delineated below either by 1st Class mail or via email on this ___ day of June, 2025.

SCOTT TRAUDT

**UNITED STATES OF AMERICA**, Michael P. Drescher, Asst. US Attorney POB 570, Burlington, VT 05402-0570 by Lauren Almquist Lively, (Lauren.Lively@usdoj.gov)

**Securities and Exchange Commission,** Michael Bailey, 100 F Street, NE Washington, DC 20549 BaileyM@SEC.gov