U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 11 PM 1: 10

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SCOTT TRAUDT
Traudt

v.

PAUL ATKINS
CHAIRMAN
US SECURITIES AND EXCHANGE
COMMISSION
Defendant in his official capacity

Petition: Case No. 2:24-CV-219
1st Amended Petition

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFF TRAUDT'S STIPULATED TO MOTION FOR A 7 DAY STAY OF PROCEEDINGS**

NOW COMES Scott Traudt, Plaintiff in this matter, and does hereby request of this court a 7 day stay of proceedings based on the ruling yesterday (Docket #30) wherein the court denied Plaintiff's objection to the discovery stay. For reasons:

1. The court stated that the 2nd Circuit Court had jurisdiction over this matter in Docket #30.

2. Traudt will not be filing an objection to the respondent's Motion to Dismiss based on yesterday's ruling but needs time to assess whether or not an "appeal" to the 2nd Circuit, a "removal," or a "dismissal without prejudice" serves Plaintiff and the interests of judicial economy and costs associated with the US government's legal bills here as much time and effort could be saved if a simple move of this case to the 2nd Circuit is in order.

3. Counsel for the Government consents to a seven-day extension for petitioner to assess the procedural mechanisms available to him.

4. Traudt's objection to respondent's Motion to Dismiss was due on 9 August 2025.

1

WHEREFORE, Traudt requests this court to grant an extension of time of 7 days to sort out how this case transfers quickly to the 2nd Circuit Court of Appeals in New York, NY.

Dated: August 8th, 2025

Scott Traudt, *pro se*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to respondent at the addresses delineated below either by 1st Class mail or via email on this 8th day of August, 2025.

SCOTT TRAUDT

**UNITED STATES OF AMERICA**, Michael P. Drescher, Asst. US Attorney POB 570, Burlington, VT 05402-0570 by Lauren Almquist Lively, (Lauren.Lively@usdoj.gov)

**Securities and Exchange Commission,** Michael Bailey, 100 F Street, NE Washington, DC 20549 BaileyM@SEC.gov