UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT,<br><br>Petitioner,<br><br>v.<br><br>PAUL ATKINS, CHAIRMAN,<br>SECURITIES AND EXCHANGE<br>COMMISSION, in his official capacity,<br><br>Respondent. | CASE NO. 2:24-cv-01360 |

## CERTIFICATE OF SERVICE

I, Candace A. Solomon, Legal Administrative Specialist for the United States Attorney's Office for the District of Vermont, do hereby certify that I electronically filed the **Respondent's Reply Memorandum In Support Of His Motion To Dismiss the First Amended Petition** with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following:

Scott Traudt
sctraudt@gmail.com

and I served a copy by U.S. First-Class Mail to:

Scott Traudt
191 Kibling Hill Road
Strafford, VT 05072

Dated at Burlington, Vermont this 18th day of August, 2025.

By:    /s/ *Candace A. Solomon*
       Candace A. Solomon
       Legal Administrative Specialist