# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Scott Traudt ) | |
|     *Plaintiff(s)* ) | |
| ) | |
| v. ) | Civil Action No. 2:24-cv-1360 |
| ) | |
| Gary Gensler, Chairman, US Securities and Exchange ) | |
| Commission, in his official capacity ) | |
| ) | |
|     *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 37) filed October 14, 2025, defendant's Motion to Dismiss the First Amended Petition for Failure to State a Claim (Document No. 12) is GRANTED. This case is DISMISSED.

Date: October 14, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 10/14/2025

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*