UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

****************************************
SCOTT TRAUDT                            *
Traudt                                  *
                                        *   Petition: Case No. 2:24-cv-01360-cr
v.                                      *   1st Amended Petition
                                        *
GARY GENSLER                            *
CHAIRMAN                                *
US SECURITIES AND EXCHANGE              *
COMMISSION                              *
Defendant in his official capacity      *
                                        *
****************************************

## NOTICE OF APPEAL TO THE 2ND CIRCUIT COURT OF APPEALS

Notice is hereby given that Scott Traudt, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the final judgement rendered on October 14, 2025 in this matter. (Docket #38). For cause, *inter alia*:

1. The Financial Industries Regulatory Authority's operations and existence contravene the US Constitution's Non-Delegation Clause (Article I, II) and the Appointments Clause (Article II, § 2, cl. 2) and its actions in the U3 trade halt it authorized were thus illegal;

2. The Securities Exchange Commission's oversight of FINRA was lacking and the SEC did not follow on point caselaw forcing it to restart trading in MMTLP as a matter of law under *Securities and Exchange Commission v. Sloan*, 436 F. Supp. 103 (1978).

Dated: November 5, 2025        /s/ Scott Traudt

Scott Traudt, *pro se*
191 Kibling Hill Road
Strafford, VT 05072

1

I hereby certify that a true copy of the foregoing was sent to respondent at the addresses delineated below either by 1st Class mail or via email on this 5th day of November, 2025.

_____
SCOTT TRAUDT

**UNITED STATES OF AMERICA**, Michael P. Drescher, Asst. US Attorney POB 570, Burlington, VT 05402-0570 by Lauren Almquist Lively, (Lauren.Lively@usdoj.gov)

**Securities and Exchange Commission,** Michael Bailey, 100 F Street, NE Washington, DC 20549 BaileyM@SEC.gov

2