

WHITE RIV JCT VT 050
6 NOV 2025 AM 2 L

US District Ct
11 Elmwood Ave
Room 200
Burlington, VT
05401

ATTN: Clerk of
the Court

Scott Traudt
191 Kibling Hill Rd.
Strafford, VT
05072

RECEIVED
NOV 10 2025
U.S. DISTRICT COURT
BURLINGTON, VT